**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **SADOT VELASCO AYUSO** | **CIVIL ACTION NO. 26-0796** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **TODD M. LYONS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Sadot Velasco Ayuso's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

ALEXANDRIA, LOUISIANA, this 18th day of August, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE